UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA, | ) | DOCKET NO. 2:14-MJ-009 |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOHN ROBERT TODD | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Information as to the referenced defendant in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: May 1, 2017

Dennis L. Howell
United States Magistrate Judge